175 So.2d 300

ICE SERVICE CORPORATION

v.

TOWN OF HODGE and Department of
Revenue, State of Louisiana.

No. 47756.

June 7, 1965.

In re: Ice Service Corporation applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Jackson. 174 So.2d 212.

Writ refused. The judgment of the Court of Appeal is correct. The matter is moot:

175 So.2d 300

Merrill L. MARCHADIE

v.

MARYLAND CASUALTY COMPANY
and Alfred Schade.

No. 47758.

June 7, 1965.

In re: Maryland Casualty Company and Alfred Schade applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 173 So.2d 1.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.